DOMENICO SCLUCCI, as Administrator of the Estate of PAULO SCLUCCI, Deceased, Respondent, v. JAMES J. DUFFY, Appellant.

*Sclucci* v. *Duffy*, 128 App. Div. 925, affirmed.
(Argued October 12, 1910; decided October 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 12, 1908, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*I. R. Oeland* and *E. Sidney Berry* for appellant.

*Thomas J. O'Neill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.